

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 13.00

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Sheri Kanesaka       Attorney Bar# 240053
Law Firm: Fidelity National Law Group
Mailing Address: 4 Executive Circle, Suite 270, Irvine, CA  92614

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): _____
Telephone: (949) 255-9973       E-mail: christine.hipp@fnf.com
Bankruptcy Case #: 8:19-bk-14085-CB       Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 12/04/19    Time: 1:00 pm
Debtor: Rhonda Moynihan
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: C. Bauer       Courtroom #: SA 5D
**TRANSCRIBER:** Echo Reporting       **ALTERNATE:** eScribers
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☒ 3 Days          ☒ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other* _____ (name of witness)

\*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:\_\_\_\_)Time Start (Index #): _____ Time End (Index #): \_\_\_\_\_ Time Start: _____ Time End: \_\_\_\_
(Tape #:\_\_\_\_)Time Start (Index #): _____ Time End (Index #): \_\_\_\_\_ Time Start: _____ Time End: \_\_\_\_
Court Recorder: _____   Division: _____   Processed by: _____

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*