Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3700
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

Rhonda Moynihan ) Chapter 13
) Case No.: 8:19-bk-14085-CB
) **NOTICE OF UNCLAIMED DIVIDEND**
) **(Bankruptcy Rule 3011)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **303355** in the sum of **$4,479.75** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    Rhonda Moynihan
    2500 E Sandalwood Court
    Anaheim, CA 92806

Date: June 26, 2020        __/S/_____
                           Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1914085 | Rhonda Moynihan | | | XXX-XX-2917 | 4,479.75 | 0.00 | 4,479.75 |
| | ACCT: | Claim: 00000 | UCI: | | | | |
| | | | | TOTALS | 4,479.75 | 0.00 | 4,479.75 |

Rhonda Moynihan

BALANCE: 0.00  [0.00 0/00000]
SSN: XXX-XX-2917   SSN:
ACCT:                         CASE: 1914085
PRINCIPAL:   4,479.75   INTEREST:   0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0303355

Jun 26, 2020

VOID 90 DAYS FROM DATE

*****$4,479.75

**PAY**   Four Thousand Four Hundred Seventy Nine And 75 / 100 Dollars

**TO THE ORDER OF**   *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑃0303355⑃  ⑆061100790⑆:000000575186 2⑃